# United States Patent [19]

**Maddox et al.**

[11] **Patent Number:** **Des. 432,547**

[45] **Date of Patent:** ** **Oct. 24, 2000**

[54] **PUMP FOR FLOWABLE MATERIAL**

[75] Inventors: **Jeffrey T. Maddox**, Hudson; **Rexford R. Mast**, Wooster; **Robert H. Yeager**, Twinsburg, all of Ohio

[73] Assignee: **Joseph S. Kanfer**, Richfield, Ohio

[**] Term: **14 Years**

[21] Appl. No.: **29/110,863**

[22] Filed: **Sep. 16, 1999**

[51] **LOC (7) Cl.** ........................................................ **15-01**
[52] **U.S. Cl.** .................................................. **D15/7; D6/542**
[58] **Field of Search** ...................... D15/7, 8, 9; 222/180; D9/948; 241/602; D6/542, 544, 545, 550

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D. 243,281 | 2/1977 | Pareja | D15/7 |
| D. 324,868 | 3/1992 | Jacobs | D15/7 |
| D. 394,067 | 5/1998 | Kon | D15/7 |
| D. 427,470 | 7/2000 | Daansen | D6/542 |

*Primary Examiner*—Ralf Seifert
*Attorney, Agent, or Firm*—Reese Taylor, Esq.

[57] **CLAIM**

We claim the ornamental design for a pump for flowable material, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a bottom plan view thereof;
FIG. 4 is a side elevational view taken from the right of FIG. 2;
FIG. 5 is a side elevational view taken from the left of FIG. 2;
FIG. 6 is a rear elevational view; and,
FIG. 7 is a front elevational view.

**1 Claim, 3 Drawing Sheets**



**EXHIBIT 2**

**U.S. Patent**          Oct. 24, 2000          Sheet 1 of 3          **Des. 432,547**



*FIG. I*

*FIG. 2*



FIG. 3



FIG. 5

FIG. 4



*FIG. 6*



*FIG. 7*