US00D495398S1

# (12) United States Design Patent
## Yeager

(10) Patent No.: **US D495,398 S**
(45) Date of Patent: ⁂⁂ **Aug. 31, 2004**

(54) **NOZZLE FOR DISPENSING FLUIDS**

(75) Inventor: **Robert H. Yeager**, Twinsburg, OH (US)

(73) Assignee: **Joseph S. Kanfer**, Richfield, OH (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/152,784**

(22) Filed: **Jan. 2, 2002**

(51) LOC (7) Cl. .................................................. **23-01**
(52) U.S. Cl. .................................................. **D23/213**
(58) Field of Search ................. D23/213; 239/390, 239/601

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,198,442 A | 8/1965 | Brenner .................. 239/599 |
| D288,954 S | 3/1987 | McDermott et al. ....... D23/213 |
| 5,368,237 A | 11/1994 | Fulkerson .................. 239/601 |
| D366,051 S | 1/1996 | Lewis et al. ............... D23/213 |
| D408,495 S | 4/1999 | Adams ....................... D23/213 |
| D436,648 S * | 1/2001 | Maddox et al. ............. D23/213 |
| D442,670 S * | 5/2001 | Maddox et al. ............. D23/213 |
| D443,021 S * | 5/2001 | Maddox et al. ............. D23/213 |

* cited by examiner

*Primary Examiner*—Robin V. Taylor
(74) *Attorney, Agent, or Firm*—Renner, Kenner, Greive, Bobak, Taylor & Weber

(57) **CLAIM**

I claim the ornamental design for an nozzle for dispensing fluids, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a nozzle for dispensing fluids showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a side elevational view thereof taken from the left of FIG. 1; and,
FIG. 5 is a top plan view thereof.

**1 Claim, 1 Drawing Sheet**



EXHIBIT 3

**U.S. Patent**  Aug. 31, 2004  US D495,398 S



FIG-1



FIG 3



FIG 4



FIG 5



FIG 2