US00D504492S

(12) **United States Design Patent**    (10) Patent No.:    **US D504,492 S**

Yeager      (45) Date of Patent:    ** **Apr. 26, 2005**

(54) **NOZZLE FOR DISPENSING FLUIDS**

(75) Inventor: **Robert H. Yeager**, Twinsburg, OH (US)

(73) Assignee: **Joseph S. Kanfer**, Richfield, OH (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/212,340**

(22) Filed: **Aug. 30, 2004**

**Related U.S. Application Data**

(62) Division of application No. 29/152,784, filed on Jan. 2, 2002, now Pat. No. Des. 495,398.

(51) **LOC (7) Cl.** .................................... **23-01**

(52) **U.S. Cl.** .................................... **D23/213**

(58) **Field of Search** ........................ D23/213; 239/390, 239/601

(56) **References Cited**

U.S. PATENT DOCUMENTS

D436,648 S   *   1/2001   Maddox et al. ............ D23/213

D442,670 S   *   5/2001   Maddox et al. ............ D23/213
D443,021 S   *   5/2001   Maddox et al. ............ D23/213

* cited by examiner

*Primary Examiner*—Robin V. Taylor
(74) *Attorney, Agent, or Firm*—Renner, Kenner, Greive, Bobak, Taylor & Weber

(57) **CLAIM**

The ornamental design for a nozzle for dispensing fluids, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a nozzle for dispensing fluids showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a side-elevational view thereof, the remaining side being a mirror image; and,
FIG. 5 is a top plan view thereof, the bottom thereof being a mirror image.

**1 Claim, 1 Drawing Sheet**



**EXHIBIT 4**

**U.S. Patent**　　　　　　Apr. 26, 2005　　　　　US D504,492 S



FIG−1



FIG  3



FIG  4



FIG  5



FIG  2