**Drug Facts**

| Active Ingredient | Purpose |
|---|---|
| Ethyl Alcohol 62% | Antimicrobial |

**Uses** ■ Hand sanitizer to help reduce bacteria on the skin that could cause disease
■ Recommended for repeated use

**Warnings**
Flammable. Keep away from fire or flame
For external use only
When using this product do not use in or near the eyes. In case of contact, rinse eyes thoroughly with water.
Stop use and ask a doctor if irritation or rash appears and lasts
Keep out of reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

**Directions** ■ Place enough product in your palm to thoroughly cover your hands
■ Rub hands together briskly until dry
■ Children under 6 years of age should be supervised when using this product

**Other information** ■ Do not store above 110°F (43°C)
■ May discolor certain fabrics or surfaces

**Inactive ingredients** Water(Aqua),Glycerin,Isopropyl Myristate,Propylene Glycol, Tocopheryl Acetate, Aminomethyl Propanol, Carbomer, Fragrance (Parfum)

**PureJell**®

INSTANT **HAND SANITIZER**

with MOISTURIZERS and VITAMIN E

Distributed by/Distribuido por:
Purejell Industries Paterson,
NJ 07524

Made In China
Hecho en los China

www.purejell.com

**1L    33.8    FL OZ**

EXHIBIT 5